**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RONALD J. DEFUSCO,
PETITIONER,

v. C.A. No. 05-157T

UNITED STATES OF AMERICA,
RESPONDENT.

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to the October 10th, 2007 Memorandum and Order of this Court, judgment hereby enters as follows: Petitioner Ronald J. DeFusco's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is hereby DENIED and Judgment shall enter for the Respondent United States of America against Petitioner DeFusco.

Enter:

/s/Ryan H. Jackson

Deputy Clerk

Dated: October 10th, 2007